IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY D. FORD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D13-5955

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed August 11, 2014.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Larry D. Ford, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, WETHERELL, and MARSTILLER, JJ., CONCUR.